# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:** 8:18-bk-07736-CPM  
**Case Name:** ZIRKELBACH CONSTRUCTION, INC.  
**For Period Ending:** 09/30/2022

**Trustee Name:** (290680) CAROLYN R. CHANEY  
**Date Filed (f) or Converted (c):** 09/12/2018 (f)  
**§ 341(a) Meeting Date:** 10/11/2018  
**Claims Bar Date:** 01/14/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Bank of America - Petty Cash Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $3,851,534.42. Doubtful/Uncollectible | 3,851,534.42 | 3,851,534.42 | | 12,755.07 | FA |
| 4 | (1) Dell PowerEdge R530 Server Intel Xeon 16 GB (1) MS Server Exchange Lie | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | www.zconstruction.com | Unknown | 0.00 | | 0.00 | FA |
| 6 | Westfield Insurance Policy which includes the umbrella policy. General Liability; Auto Liability; Employers Liability | 10,000,000.00 | 10,000,000.00 | | 105,000.00 | FA |
| 7 | Zirkelbach Construction Inc vs. Andrews and Associates Inc, 4D Engineering 7 Associates LLC, Patrick J. Andrews, Jerome S Andrews Case No: 2017CA005356AX, Civil Lawsuit. Amount Requested: $4,220,161.34 (PENDING ADVERSARY PROC. #18-ap-00603)<br>Settlement of $40,000 with $6,000 paid to Menchise for Alan Zirkelbach estate. | Unknown | 100.00 | | 40,000.00 | FA |
| 8 | Zirkelbach Construction Inc vs. Florida Floors Southwest Inc. Case No: 2016CA001598AX, Civil Lawsuit. Amount Requested: $34,748.00<br>(defendant business is no longer in business; uncollectible) | Unknown | 100.00 | | 0.00 | FA |
| 9 | Zirkelbach Construction, Inc vs. Bank of the Ozarks Case No: 2017CA004119AX, Civil Lawsuit. Amount Requested: $218,000.00 | Unknown | 100.00 | | 0.00 | FA |
| 10 | Potential legal malpractice lawsuit against Patten, Peterman, Bekkedahl & Green PLLC. Money being held in escrow account in the amount of $32,500.00 for legal fees. Potential legal malpractice lawsuit. | Unknown | 100.00 | | 0.00 | FA |
| 11 | Potential interest in funds deposited in Court Registry for B&B Steel Services, LLC vs. Inter-Faith Assistance Ministry, Inc., et al Case No: 17-CVS-2193 | 23,964.50 | 23,964.50 | | 0.00 | 2,396.45 |
| 12 | Receipts - Other (u) | 0.00 | 0.00 | | 32,379.30 | FA |
| 13 | 2005 Wells Cargo Trailer (u) | 0.00 | 0.00 | | 1,900.00 | FA |
| 13 | **Assets**     **Totals**     (Excluding unknown values) | **$13,876,498.92** | **$13,876,898.92** | | **$192,034.37** | **$2,396.45** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 8:18-bk-07736-CPM
**Case Name:** ZIRKELBACH CONSTRUCTION, INC.

**For Period Ending:** 09/30/2022

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 09/12/2018 (f)
**§ 341(a) Meeting Date:** 10/11/2018
**Claims Bar Date:** 01/14/2019

**Major Activities Affecting Case Closing:**

09/20/22 - compromise approved; awaiting receipt of funds.
07/07/22 - followup w/ cnsl re: funds in court registry.  08/22/22 - motion filed to compromise controversy re: funds in court registry.
04/26/22 - funds in court registry is lone asset remaining to be liquidated; dispute w/ creditor re: secured claim to the funds.
02/04/22 - Order approving compromise of Andrews adversary proc. (18-ap-00603).
Adversary status conference contd to 09/21/21.  Trial set for 12/27/21 at 9:30.  01/04/22 - Joint motion to approve compromise of adv proc. 18-ap-00603.
03/01/21 - filed motion to compromise with 303 West, LLC.  Granted 04/01/21.  Status conf held on 04/05/21; contd to 07/12/21.
01/15/21 - Zoom mediation in adversary proc.  Sold trailer on 12/19/20; issued bill of sale.
11/30/20 - status conf. held in adversary proc; parties to attend mediation before 01/21/21; next status conf. on 01/25/21.
10/20/20 - filed applic to employ auctioneer to sell trailer; auction on Nov. 21.
Status conf on adv. proc. on 09/22/20; contd to 11/30/20.  06/23/20 - motion to approve compromise w/ Bank OZK.  07/08/20 - payment to counsel.
08/11/20 - email to cnsl for status update.
Compromise granted.  Agreed motion to cancel July trial Debtor vs. Andrews.
01/10/20 - attended mediation in insurance lawsuit.  Executed settlement agreement w/ Westfield Insurance.  03/12/20 - filed motion to approve compromise.
07/30/19 - file update with cnsl.  09/30/19 - file check; review of documents for insurance cnsl.
04/30/19 - file check; continuing to gather info for insurance claim.  05/31/19 - file check; file review.  06/25/19 - file check; review.
02/26/19 - file review; records retrieved from under review.  03/26/19 - file review; records received from CPA under review.
12/18/18 - filed notice of removal.  12/27/18 - hrg on American Momentum stay relief for insurance proceeds and A/R; matter contd to 1/29/19.
Established weekly conference calls with outside counsel.
12/17/18 - notice of filing various state court documents in the bky case.
11/19/18 - application to employ Jason Mazer as special litigation counsel.  Approved 11/21/18.
10/26/18 - filed app to employ KapilaMukamal, forensic accountants.  Approved 11/08/18.
10/23/18 - stay relief requested by American Momentum Bank.
10/11/18 - 341 mtg held and concluded.  10/12/18 - req. adtl info from cnsl.
10/05/18 - filed application to employ Stichter law firm to represent Trustee.  Approved.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020     **Current Projected Date Of Final Report (TFR):** 11/30/2022

10/31/2022                                                        /s/CAROLYN R. CHANEY
Date                                                              CAROLYN R. CHANEY

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******6000 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/12/18 | {3} | Woods Charter School Development, LLC | Accounts Receivable. | 1121-000 | 11,000.00 |  | 11,000.00 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 10,995.00 |
| 11/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 9.03 | 10,985.97 |
| 12/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 8.72 | 10,977.25 |
| 01/23/19 | {12} | HESI - Transocean Assigned Claims | Deepwater Horizon Economic & Property Damages Settlement | 1229-000 | 6,539.58 |  | 17,516.83 |
| 01/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.17 | 17,505.66 |
| 02/28/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 13.42 | 17,492.24 |
| 03/29/19 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 13.89 | 17,478.35 |
| 05/03/19 | 101 | Avalon Document Services | Invoice ##TAPR190095. Client Ref# Zirkelbach Construction | 2990-000 |  | 377.88 | 17,100.47 |
| 06/01/19 | {3} | Johnston, Allison and Hord, PA Trust Account | Refund of retainage re: Mountain Island Charter School | 1121-000 | 1,640.74 |  | 18,741.21 |
| 07/02/19 | {12} | Westfield Insurance | Receipts - Other | 1229-000 | 1,000.00 |  | 19,741.21 |
| 07/29/19 | {3} | Johnston, Allison and Hord, PA Trust Account | Refund of retainage re: Mountain Island Charter School | 1121-000 | 114.33 |  | 19,855.54 |
| 08/19/19 | {12} | SCANA SETTLEMENT | Receipts - Other | 1229-000 | 1.08 |  | 19,856.62 |
| 03/17/20 | 102 | BUSH ROSS | Order Granting Motion to Authorize Payment of Mediation Fees and Costs, Doc. No. 85. | 3721-000 |  | 900.00 | 18,956.62 |
| 03/31/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 15.48 | 18,941.14 |
| 04/30/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 30.27 | 18,910.87 |
| 05/27/20 | {6} | Westfield Insurance | Insurance proceeds | 1129-000 | 105,000.00 |  | 123,910.87 |
| 05/29/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 29.21 | 123,881.66 |
| 06/30/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 211.20 | 123,670.46 |
| 07/08/20 | 103 | Jason S. Mazer, Esquire | Order Approving Application for Payment of Compensation, Doc. No. 109. | 3210-000 |  | 34,965.00 | 88,705.46 |
| 07/08/20 | 104 | Jason S. Mazer, Esquire | Order Approving Application for Payment of Compensation, Doc. No. 109. | 3220-000 |  | 1,671.43 | 87,034.03 |
| 07/31/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 176.93 | 86,857.10 |
| 08/31/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 134.20 | 86,722.90 |
| 09/30/20 |  | Mechanics Bank | Bank and Technology Services Fees | 2600-000 |  | 147.86 | 86,575.04 |
| 10/06/20 | 105 | Avalon Document Services | Order Granting Motion to Pay Ch 7 Admin Expenses, Doc. No. 116. | 2990-000 |  | 541.97 | 86,033.07 |

Page Subtotals: $125,295.73  $39,262.66

{ } Asset Reference(s)                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Mechanics Bank |
| **Taxpayer ID #:** | **-***6854 | Account #: | ******6000 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/06/20 | 106 | Avalon Document Services | Order Granting Motion to Pay Ch 7 Admin Expenses, Doc. No. 116. | 2990-000 | | 534.41 | 85,498.66 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 137.51 | 85,361.15 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 131.88 | 85,229.27 |
| 12/02/20 | {12} | COOK V SCPSA | Receipts - Other | 1229-000 | 97.79 | | 85,327.06 |
| 12/16/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX7016 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX7016 | 9999-000 | | 85,327.06 | 0.00 |
| | | COLUMN TOTALS | | | 125,393.52 | 125,393.52 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 85,327.06 | |
| | | Subtotal | | | 125,393.52 | 40,066.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $125,393.52 | $40,066.46 | |

{ } Asset Reference(s)                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******7016 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/20 | | Transfer Credit from Mechanics Bank acct XXXXXX6000 | Transition Credit from Mechanics Bank acct XXXXXX6000 | 9999-000 | 85,327.06 | | 85,327.06 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.00 | 85,177.06 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 131.95 | 85,045.11 |
| 02/10/21 | {13} | BAY AREA AUCTION SERVICES, INC. | Proceeds from auction sale, Sale Notice at Doc. 121. | 1229-000 | 1,900.00 | | 86,945.11 |
| 02/13/21 | 1000 | BAY AREA AUCTION SERVICES, INC. | Order Approving Compensation for Auctioneer, Doc. No. 125 | 3610-000 | | 95.00 | 86,850.11 |
| 02/13/21 | 1001 | BAY AREA AUCTION SERVICES, INC. | Order Approving Compensation for Auctioneer, Doc. No. 125 | 3620-000 | | 242.00 | 86,608.11 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 128.68 | 86,479.43 |
| 03/02/21 | 1002 | Continental Paving, Inc. | Proceeds from sale of trailer at auction, Doc. No. 121. | 7100-000 | | 1,063.00 | 85,416.43 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.66 | 85,264.77 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.65 | 85,128.12 |
| 05/21/21 | {12} | BB & T | Turnover of retainage account balance | 1229-000 | 24,714.81 | | 109,842.93 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.62 | 109,710.31 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 193.41 | 109,516.90 |
| 07/12/21 | 1003 | American Momentum Bank c/o John M. "Jack" Brennan, Jr. | Payment pursuant to Agreed Order Granting Surcharge of Insurance Settlement Proceeds, Doc. No. 154. | 7100-000 | | 47,986.57 | 61,530.33 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 152.45 | 61,377.88 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.92 | 61,272.96 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 98.20 | 61,174.76 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.77 | 61,079.99 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.41 | 60,975.58 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.98 | 60,874.60 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.31 | 60,780.29 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.92 | 60,689.37 |
| 03/17/22 | {7} | Patrick J. Andrews | Settlement of Adv. Proc. #18-ap-00603, Doc. No. 160. | 1149-000 | 40,000.00 | | 100,689.37 |
| 03/29/22 | 1004 | DOUGLAS MENCHISE | Order Granting Motion to Approve Compromise, Doc. #160 | 8500-000 | | 6,000.00 | 94,689.37 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.92 | 94,552.45 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.29 | 94,401.16 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 146.25 | 94,254.91 |
| | | | Page Subtotals: | | $151,941.87 | $57,686.96 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******7016 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/22/22 | {12} | Wells Fargo Bank Customer Care | Bank refund of interest and fees | 1229-000 | 26.04 | | 94,280.95 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.07 | 94,129.88 |
| | | | COLUMN TOTALS | | 151,967.91 | 57,838.03 | $94,129.88 |
| | | | Less: Bank Transfers/CDs | | 85,327.06 | 0.00 | |
| | | | Subtotal | | 66,640.85 | 57,838.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $66,640.85 | $57,838.03 | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | |
|---|---|
| **Case No.:** | 8:18-bk-07736-CPM |
| **Case Name:** | ZIRKELBACH CONSTRUCTION, INC. |
| **Taxpayer ID #:** | **-***6854 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7016 Checking Account |
| **Blanket Bond (per case limit):** | $30,832,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $192,034.37 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $192,034.37 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6000 Checking | $125,393.52 | $40,066.46 | $0.00 |
| ******7016 Checking Account | $66,640.85 | $57,838.03 | $94,129.88 |
| | $192,034.37 | $97,904.49 | $94,129.88 |