**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: ZIRKELBACH CONSTRUCTION, INC.     §     Case No. 8:18-bk-07736-CPM
                                         §
                                         §
                                         §
        Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       CAROLYN R. CHANEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: $1,000.00 | | Assets Exempt: N/A | |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: $49,049.57 | | Claims Discharged Without Payment: N/A | |
| Total Expenses of Administration: $139,426.53 | | | |

       3) Total gross receipts of $194,476.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $6,000.00 (see **Exhibit 2**), yielded net receipts of $188,476.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $722,702.82 | $863,367.84 | $1,063.00 | $1,063.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $191,426.76 | $191,426.76 | $139,426.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $21,114.75 | $21,114.75 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $12,575,792.67 | $16,111,725.64 | $16,062,810.23 | $47,986.57 |
| **TOTAL DISBURSEMENTS** | $13,298,495.49 | $17,187,634.99 | $16,276,414.74 | $188,476.10 |

4) This case was originally filed under chapter 7 on 09/12/2018.  The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/13/2023

By: /s/ CAROLYN R. CHANEY

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R Over 90 days old. Face amount = $3,851,534.42. Doubtful/Uncollectible | 1121-000 | $12,755.07 |
| Potential interest in funds deposited in Court Registry for B&B Steel Services, LLC vs. Inter-Faith Assistance Ministry, | 1129-000 | $2,396.45 |
| Westfield Insurance Policy which includes the umbrella policy. General Liability; Auto Liability; Employers Liability | 1129-000 | $105,000.00 |
| Zirkelbach Construction Inc vs. Andrews and Associates Inc, 4D Engineering 7 Associates LLC, Patrick J. Andrews, Jerome | 1149-000 | $40,000.00 |
| 2005 Wells Cargo Trailer | 1229-000 | $1,900.00 |
| Receipts - Other | 1229-000 | $32,424.58 |
| **TOTAL GROSS RECEIPTS** | | **$194,476.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DOUGLAS MENCHISE | Order Granting Motion to Approve Compromise, Doc. #160 | 8500-000 | $6,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$6,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Manatee County Tax Collector | 4110-000 | NA | $1,378.55 | $0.00 | $0.00 |
| 23 | Continental Paving, Inc. | 4220-000 | $60,212.05 | $76,708.48 | $1,063.00 | $1,063.00 |
| 36-S | 303 West, LLC | 4220-000 | $0.00 | $49,419.34 | $0.00 | $0.00 |
| 38 | Johnson and Jackson Glass Products, Inc. dba Glass Pros Of Tampa | 4210-000 | NA | $88,892.05 | $0.00 | $0.00 |
| 39 | All American Contracting | 4210-000 | $145,000.00 | $175,126.89 | $0.00 | $0.00 |
| 49-2 | Complete Business Solutions Group, Inc. | 4210-000 | $493,526.27 | $447,878.03 | $0.00 | $0.00 |
| 50S | B&B Steel Services, LLC | 4210-000 | $23,964.50 | $23,964.50 | $0.00 | $0.00 |
| N/F | Corporation Service Company | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Corporation Service Company | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Wells Fargo Financial | 4210-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$722,702.82** | **$863,367.84** | **$1,063.00** | **$1,063.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - CAROLYN R. CHANEY | 2100-000 | NA | $12,973.81 | $12,973.81 | $8,415.08 |
| Trustee, Expenses - CAROLYN R. CHANEY | 2200-000 | NA | $944.63 | $944.63 | $612.71 |
| Auctioneer Fees - BAY AREA AUCTION SERVICES, INC. | 3610-000 | NA | $95.00 | $95.00 | $95.00 |
| Auctioneer Expenses - BAY AREA AUCTION SERVICES, INC. | 3620-000 | NA | $242.00 | $242.00 | $242.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $227.01 |
| Bank Service Fees - Mechanics Bank | 2600-000 | NA | $1,014.54 | $1,014.54 | $1,014.54 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $3,070.42 | $3,070.42 | $3,070.42 |
| Bank Service Fees - Rabobank, N.A. | 2600-000 | NA | $61.23 | $61.23 | $61.23 |
| Other Chapter 7 Administrative Expenses - Avalon Document Services | 2990-000 | NA | $1,454.26 | $1,454.26 | $1,454.26 |
| Attorney for Trustee Fees (Other Firm) - Jason S. Mazer, Esquire | 3210-000 | NA | $34,965.00 | $34,965.00 | $34,965.00 |
| Attorney for Trustee Fees (Other Firm) - STITCHER, RIEDEL, BLAIN & POSTLER, P.A. | 3210-000 | NA | $108,077.00 | $108,077.00 | $70,090.54 |
| Attorney for Trustee Expenses (Other Firm) - Jason S. Mazer, Esquire | 3220-000 | NA | $1,671.43 | $1,671.43 | $1,671.43 |
| Attorney for Trustee Expenses (Other Firm) - STITCHER, RIEDEL, BLAIN & POSTLER, P.A. | 3220-000 | NA | $4,224.67 | $4,224.67 | $2,739.80 |
| Accountant for Trustee Fees (Other Firm) - ANDREA P. BAUMAN, CPA | 3410-000 | NA | $2,625.00 | $2,625.00 | $1,702.63 |
| Special Accountant for Trustee Fees - KAPILA MUKAMAL, LLP | 3410-580 | NA | $18,703.80 | $18,703.80 | $12,129.87 |
| Accountant for Trustee Expenses (Other Firm) - ANDREA P. BAUMAN, CPA | 3420-000 | NA | $26.25 | $26.25 | $17.03 |
| Special Accountant for Trustee Expenses - KAPILA MUKAMAL, LLP | 3420-590 | NA | $27.72 | $27.72 | $17.98 |
| Arbitrator/Mediator for Trustee Fees - BUSH ROSS | 3721-000 | NA | $900.00 | $900.00 | $900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$191,426.76** | **$191,426.76** | **$139,426.53** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19-2 | Internal Revenue Service | 5800-000 | $0.00 | $1,022.58 | $1,022.58 | $0.00 |
| 41 | State of Florida - Department of Revenue | 5800-000 | $0.00 | $20,092.17 | $20,092.17 | $0.00 |
| N/F | Ken Burton Jr. | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$21,114.75** | **$21,114.75** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Axiom Foundations, LLC Kevin Day | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Axiom Foundations, LLC Kevin Day | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | Taylor Studios, Inc. | 7100-000 | NA | $154,996.27 | $154,996.27 | $0.00 |
| 5 | Centennial Bank | 7100-000 | $110,000.00 | $1,057,537.08 | $1,057,537.08 | $0.00 |
| 6 | American Momentum Bank c/o John M. "Jack" Brennan, Jr. | 7100-000 | $2,000,000.00 | $2,244,331.06 | $2,244,331.06 | $47,986.57 |
| 7 | Sears Contract, Inc. | 7100-000 | $0.00 | $105,544.53 | $105,544.53 | $0.00 |
| 8 | Dickinson Wright, PLLC | 7100-000 | $279,886.16 | $349,021.53 | $349,021.53 | $0.00 |
| 9 | James River Equipment, Inc | 7100-000 | $48,868.38 | $48,915.41 | $48,915.41 | $0.00 |
| 10 | James River Equipment, Inc. | 7100-000 | $16,981.91 | $48,915.41 | $0.00 | $0.00 |
| 11 | R. Carr, Inc. Plumbing | 7100-000 | $78,027.30 | $15,000.00 | $15,000.00 | $0.00 |
| 12 | Southern Flooring, Inc | 7100-000 | $64,800.00 | $21,600.00 | $21,600.00 | $0.00 |
| 13 | Terracon | 7100-000 | $3,748.20 | $1,720.00 | $1,720.00 | $0.00 |
| 14 | Fidelity & Deposit Company of Maryland c/o Alberta L. Adams Mills Paskert Divers | 7100-000 | $1,400,000.00 | $1,157,285.64 | $1,157,285.64 | $0.00 |
| 15 | The Paul Construction Company, Inc. | 7100-000 | $0.00 | $39,180.91 | $39,180.91 | $0.00 |
| 16 | Superior Crane and Rigging, Inc. | 7100-000 | $2,000.00 | $2,081.50 | $2,081.50 | $0.00 |
| 17 | Dallas 1 Corporation | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $0.00 |

| 18 | DLI Assets Bravo, LLC | 7100-000 | $0.00 | $238,395.79 | $238,395.79 | $0.00 |
|---|---|---|---|---|---|---|
| 20 | Key Equipment Finance | 7100-000 | NA | $10,291.49 | $10,291.49 | $0.00 |
| 21 | American Arbitration Association | 7100-000 | NA | $350.00 | $350.00 | $0.00 |
| 22 | Amerisure Mutual Insurance Company Julie E. Yates, Esq. | 7100-000 | $5,214.00 | $5,054.00 | $5,054.00 | $0.00 |
| 24 | United Site Services of FL LLC | 7100-000 | NA | $2,443.67 | $2,443.67 | $0.00 |
| 25 | United Site Services of FL LLC | 7100-000 | $14,819.05 | $12,375.38 | $12,375.38 | $0.00 |
| 26 | BB&T Commercial Equipment Capital Corp. | 7100-000 | $31,124.41 | $31,124.41 | $31,124.41 | $0.00 |
| 27 | Kanter & Associates PA CPA | 7100-000 | $32,532.55 | $32,532.55 | $32,532.55 | $0.00 |
| 28-2 | Florida Floors Southwest, Inc. | 7100-000 | $60,564.00 | $32,344.64 | $32,344.64 | $0.00 |
| 29 | Windstream | 7100-000 | $2,239.87 | $2,296.70 | $2,296.70 | $0.00 |
| 30 | Southeastern Surface | 7100-000 | $70,000.00 | $26,234.00 | $26,234.00 | $0.00 |
| 31 | Hancock Whitney Bank | 7100-000 | $42,911.49 | $42,911.49 | $42,911.49 | $0.00 |
| 32 | The Solomon Law Group, P.A. | 7100-000 | $160,000.00 | $140,697.53 | $140,697.53 | $0.00 |
| 33 | Scannell Properties #217, LLC | 7100-000 | $891,497.98 | $1,969,146.08 | $1,969,146.08 | $0.00 |
| 34 | Tradesmen International, LLC | 7100-000 | NA | $37,000.50 | $37,000.50 | $0.00 |
| 35 | Waste Management Inc. of Florida | 7100-000 | $19,000.00 | $19,915.03 | $19,915.03 | $0.00 |
| 36-2 | 303 West, LLC | 7100-000 | NA | $1,342,279.87 | $1,342,279.87 | $0.00 |
| 37-2 | Harold G. Munter as Trustee of the Harold G. Munter Revocable Living Trust | 7100-000 | $1,005,000.00 | $1,262,777.21 | $1,262,777.21 | $0.00 |

| 40 | DiversiCon, LLC d/b/a West Florida Fence | 7100-000 | $35,348.75 | $35,348.75 | $35,348.75 | $0.00 |
|---|---|---|---|---|---|---|
| 42 | Patten, Peterman, Bekkedahl & Green PLLC | 7100-000 | $34,554.44 | $7,942.10 | $7,942.10 | $0.00 |
| 43 | Fabricated Products of Tampa Inc. | 7100-000 | $287,000.00 | $261,135.99 | $261,135.99 | $0.00 |
| 44 | Larry S. Hyman, Chapter 7 Trustee of CM HVAC Holdings, LLC | 7100-000 | $550,000.00 | $615,040.00 | $615,040.00 | $0.00 |
| 45 | Charter MC Mallard, LLC | 7100-000 | $150,000.00 | $243,073.83 | $243,073.83 | $0.00 |
| 46 | Charter HC Tampa Gunn, LLC | 7100-000 | NA | $4,030,295.73 | $4,030,295.73 | $0.00 |
| 47 | Johnson Controls Security Solutions, LLC | 7100-000 | NA | $20,908.76 | $20,908.76 | $0.00 |
| 48 | National Construction Rental | 7100-000 | $11,221.56 | $14,083.78 | $14,083.78 | $0.00 |
| 50U | B&B Steel Services, LLC | 7200-000 | NA | $342,535.00 | $342,535.00 | $0.00 |
| 51 | Suplee, Shea, Cramer & Rocklein, PA | 7200-000 | NA | $1,307.92 | $1,307.92 | $0.00 |
| 52-2 | AFSC, LLC | 7200-000 | NA | $17,645.10 | $17,645.10 | $0.00 |
| 53 | JLJ Wall Systems, LLC | 7100-000 | NA | $38,109.00 | $38,109.00 | $0.00 |
| N/F | 321 Equipment Co. | 7100-000 | $1,276.31 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $185.00 | NA | NA | NA |
| N/F | Aaa Ceiling | 7100-000 | $9,130.00 | NA | NA | NA |
| N/F | Ace Automatic Fire Sprinkler | 7100-000 | $6,100.00 | NA | NA | NA |
| N/F | Acousti Engineering | 7100-000 | $101,000.00 | NA | NA | NA |
| N/F | Acton Mobile | 7100-000 | $4,111.56 | NA | NA | NA |
| N/F | Acu-Temp Heating & Coolings | 7100-000 | $15,055.00 | NA | NA | NA |

| N/F | Advantage Waste Recycle | 7100-000 | $2,804.20 | NA | NA | NA |
|-----|-------------------------|----------|-----------|-----|-----|-----|
| N/F | Ahrens Companies | 7100-000 | $0.00 | NA | NA | NA |
| N/F | All Florida Framing & Trim | 7100-000 | $3,029.40 | NA | NA | NA |
| N/F | American Asphalt Paving | 7100-000 | $35,000.00 | NA | NA | NA |
| N/F | Ashley Mattison | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Atlantic Steel | 7100-000 | $7,307.00 | NA | NA | NA |
| N/F | Audio Video Parnters | 7100-000 | $3,950.00 | NA | NA | NA |
| N/F | Bobcat Holdings, LLC | 7100-000 | $1,453.55 | NA | NA | NA |
| N/F | Bonitz Flooring Group, Inc | 7100-000 | $28,267.86 | NA | NA | NA |
| N/F | City of Palmetto | 7100-000 | $273.79 | NA | NA | NA |
| N/F | Cleaning Butlers | 7100-000 | $287.43 | NA | NA | NA |
| N/F | Commercial Coatings | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Commercial Plastering | 7100-000 | $35,000.00 | NA | NA | NA |
| N/F | Continental Paving, Inc | 7100-000 | $60,212.05 | NA | NA | NA |
| N/F | Cook Construction | 7100-000 | $22,000.00 | NA | NA | NA |
| N/F | Core & Main, LP | 7100-000 | $10,715.55 | NA | NA | NA |
| N/F | Creative Environmental | 7100-000 | $1,975.00 | NA | NA | NA |
| N/F | Dale Beasley Construction | 7100-000 | $40,672.57 | NA | NA | NA |
| N/F | David Ash Plumbing | 7100-000 | $15,440.01 | NA | NA | NA |
| N/F | DisposAll | 7100-000 | $2,753.84 | NA | NA | NA |
| N/F | Dynamic Innovationz | 7100-000 | $4,297.70 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Eaton Investment | 7100-000 | $498,805.51 | NA | NA | NA |
| N/F | Encore Technology Group | 7100-000 | $2,626.21 | NA | NA | NA |
| N/F | F Quality Walls | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Fedex | 7100-000 | $555.00 | NA | NA | NA |
| N/F | Frontier Communication | 7100-000 | $240.94 | NA | NA | NA |
| N/F | Future Fence Company | 7100-000 | $70,000.00 | NA | NA | NA |
| N/F | Gaylor Electric | 7100-000 | $320,000.00 | NA | NA | NA |
| N/F | Glass Pros Of Tampa | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Green Roofing & | 7100-000 | $5,621.20 | NA | NA | NA |
| N/F | HC Tampa Gunn, LLC | 7100-000 | $1,800,000.00 | NA | NA | NA |
| N/F | HH Staffing | 7100-000 | $3,048.10 | NA | NA | NA |
| N/F | Hancock Whitney Bank | 7100-000 | $1,487.50 | NA | NA | NA |
| N/F | Hardware Distributor | 7100-000 | $2,064.56 | NA | NA | NA |
| N/F | Here Rental | 7100-000 | $280,000.00 | NA | NA | NA |
| N/F | Hiechel Plumbing | 7100-000 | $6,144.50 | NA | NA | NA |
| N/F | Hire Quest, LLC | 7100-000 | $23,965.55 | NA | NA | NA |
| N/F | Home Renovations | 7100-000 | $2,169.04 | NA | NA | NA |
| N/F | Innovative Mechanical | 7100-000 | $2,890.00 | NA | NA | NA |
| N/F | J Goss Structures | 7100-000 | $18,796.00 | NA | NA | NA |
| N/F | Jason's Hauling, Inc | 7100-000 | $41,582.86 | NA | NA | NA |
| N/F | Jimmy McCarter | 7100-000 | $0.00 | NA | NA | NA |
| N/F | K Harvey | 7100-000 | $2,548.20 | NA | NA | NA |

| N/F | Kaufman Glass | 7100-000 | $475.00 | NA | NA | NA |
|-----|---------------|----------|---------|----|----|----|
| N/F | Langford Surveying | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lewis, Longman & Walker PA | 7100-000 | $7,202.04 | NA | NA | NA |
| N/F | Lewis, Longman & Walker PA | 7100-000 | $7,202.04 | NA | NA | NA |
| N/F | Martin Mechanical | 7100-000 | $179,928.90 | NA | NA | NA |
| N/F | Maser Consulting Pa | 7100-000 | $29,718.98 | NA | NA | NA |
| N/F | Maxters Enterprises | 7100-000 | $1,870.00 | NA | NA | NA |
| N/F | Mobile Mini, Inc. | 7100-000 | $6,762.05 | NA | NA | NA |
| N/F | N.C. Turnpike Authority | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Niagra Mohawk Power Corp | 7100-000 | $4,140.75 | NA | NA | NA |
| N/F | Novak Services LLC | 7100-000 | $7,250.00 | NA | NA | NA |
| N/F | Otis Elevator | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | Overhead Door of Toledo | 7100-000 | $9,951.55 | NA | NA | NA |
| N/F | PJ Callaghan Company, Inc | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Phosco Electric Supply Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Premier Fire Sprinkler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Q4 Industries, LLC | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Quarter Spot Funding | 7100-000 | $125,801.14 | NA | NA | NA |
| N/F | Ram Tool And Supply | 7100-000 | $39,224.10 | NA | NA | NA |
| N/F | Reagan Realty | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Realty Link | 7100-000 | $195,425.90 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Republic Services | 7100-000 | $1,018.59 | NA | NA | NA |
| N/F | Roll Off Systems, Inc | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Ross R. Hartog, CH 7 Trustee | 7100-000 | $337,500.00 | NA | NA | NA |
| N/F | Royal Flush | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Rozar Electric, Inc | 7100-000 | $78,722.50 | NA | NA | NA |
| N/F | Sherwin-Williams Co. | 7100-000 | $2,817.73 | NA | NA | NA |
| N/F | Southern Exteriors | 7100-000 | $12,390.00 | NA | NA | NA |
| N/F | St Mary's Health Care System | 7100-000 | $96,703.00 | NA | NA | NA |
| N/F | Statewide Safety | 7100-000 | $38,000.00 | NA | NA | NA |
| N/F | Stidhams Rentals | 7100-000 | $227.36 | NA | NA | NA |
| N/F | Tampa Service Company d/b/a | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Glassman | 7100-000 | $3,235.00 | NA | NA | NA |
| N/F | The Plummer Painting | 7100-000 | $16,943.00 | NA | NA | NA |
| N/F | U.S. Assure | 7100-000 | $0.00 | NA | NA | NA |
| N/F | University Sports | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $7,000.00 | NA | NA | NA |
| N/F | Walton Emc | 7100-000 | $250.00 | NA | NA | NA |
| N/F | West Coast Electric | 7100-000 | $140,000.00 | NA | NA | NA |
| N/F | Westfield Insurance | 7100-000 | $25,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$12,575,792.67** | **$16,111,725.64** | **$16,062,810.23** | **$47,986.57** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  8:18-bk-07736-CPM

**Case Name:**    ZIRKELBACH CONSTRUCTION, INC.

**For Period Ending:**    12/13/2023

**Trustee Name:**    (290680) CAROLYN R. CHANEY

**Date Filed (f) or Converted (c):**  09/12/2018 (f)

**§ 341(a) Meeting Date:**  10/11/2018

**Claims Bar Date:**  01/14/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Bank of America - Petty Cash Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $3,851,534.42. Doubtful/Uncollectible | 3,851,534.42 | 3,851,534.42 | | 12,755.07 | FA |
| 4 | (1) Dell PowerEdge R530 Server Intel Xeon 16 GB (1) MS Server Exchange Lie | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | www.zconstruction.com | Unknown | 0.00 | | 0.00 | FA |
| 6 | Westfield Insurance Policy which includes the umbrella policy. General Liability; Auto Liability; Employers Liability | 10,000,000.00 | 10,000,000.00 | | 105,000.00 | FA |
| 7 | Zirkelbach Construction Inc vs. Andrews and Associates Inc, 4D Engineering 7 Associates LLC, Patrick J. Andrews, Jerome S Andrews Case No: 2017CA005356AX, Civil Lawsuit. Amount Requested: $4,220,161.34<br>(PENDING ADVERSARY PROC. #18-ap-00603) Settlement of $40,000 with $6,000 paid to Menchise for Alan Zirkelbach estate. | Unknown | 100.00 | | 40,000.00 | FA |
| 8 | Zirkelbach Construction Inc vs. Florida Floors Southwest Inc. Case No: 2016CA001598AX, Civil Lawsuit. Amount Requested: $34,748.00<br>(defendant business is no longer in business; uncollectible) | Unknown | 100.00 | | 0.00 | FA |
| 9 | Zirkelbach Construction, Inc vs. Bank of the Ozarks Case No: 2017CA004119AX, Civil Lawsuit. Amount Requested: $218,000.00 | Unknown | 100.00 | | 0.00 | FA |
| 10 | Potential legal malpractice lawsuit against Patten, Peterman, Bekkedahl & Green PLLC. Money being held in escrow account in the amount of $32,500.00 for legal fees. Potential legal malpractice lawsuit. | Unknown | 100.00 | | 0.00 | FA |
| 11 | Potential interest in funds deposited in Court Registry for B&B Steel Services, LLC vs. Inter-Faith Assistance Ministry, Inc., et al Case No: 17-CVS-2193 | 23,964.50 | 23,964.50 | | 2,396.45 | FA |
| 12 | Receipts - Other (u) | 0.00 | 0.00 | | 32,424.58 | FA |
| 13 | 2005 Wells Cargo Trailer (u) | 0.00 | 0.00 | | 1,900.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$13,876,498.92** | **$13,876,898.92** | | **$194,476.10** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  8:18-bk-07736-CPM

**Case Name:**   ZIRKELBACH CONSTRUCTION, INC.

**For Period Ending:**   12/13/2023

**Trustee Name:**   (290680) CAROLYN R. CHANEY

**Date Filed (f) or Converted (c):**   09/12/2018 (f)

**§ 341(a) Meeting Date:**   10/11/2018

**Claims Bar Date:**   01/14/2019

**Major Activities Affecting Case Closing:**

Distribution to creditors 10/05/23.

02/28/23 - final estate returns sent to IRS.  TFR submitted to UST 06/28/23.  TFR approved and NFR mailed 08/17/23.

11/18/22 - application to employ CPA.  Application granted 11/21/22.

09/20/22 - compromise approved; awaiting receipt of funds.  11/15/22 - referral to CPA for final estate return.

07/07/22 - followup w/ cnsl re: funds in court registry.  08/22/22 - motion filed to compromise controversy re: funds in court registry.

04/26/22 - funds in court registry is lone asset remaining to be liquidated; dispute w/ creditor re: secured claim to the funds.

02/04/22 - Order approving compromise of Andrews adversary proc. (18-ap-00603).

Adversary status conference contd to 09/21/21.  Trial set for 12/27/21 at 9:30.  01/04/22 - Joint motion to approve compromise of adv proc. 18-ap-00603.

03/01/21 - filed motion to compromise with 303 West, LLC.  Granted 04/01/21.  Status conf held on 04/05/21; contd to 07/12/21.

01/15/21 - Zoom mediation in adversary proc.  Sold trailer on 12/19/20; issued bill of sale.

11/30/20 - status conf. held in adversary proc; parties to attend mediation before 01/21/21; next status conf. on 01/25/21.

10/20/20 - filed applic to employ auctioneer to sell trailer; auction on Nov. 21.

Status conf on adv. proc. on 09/22/20; contd to 11/30/20. 06/23/20 - motion to approve compromise w/ Bank OZK.  07/08/20 - payment to counsel.  08/11/20 - email to cnsl for status update.

Compromise granted.  Agreed motion to cancel July trial Debtor vs. Andrews.

01/10/20 - attended mediation in insurance lawsuit.  Executed settlement agreement w/ Westfield Insurance.

03/12/20 - filed motion to approve compromise.

07/30/19 - file update with cnsl.  09/30/19 - file check; review of documents for insurance cnsl.

04/30/19 - file check; continuing to gather info for insurance claim.  05/31/19 - file check; file review.  06/25/19 - file check; review.

02/26/19 - file review; records retrieved from under review.  03/26/19 - file review; records received from CPA under review.

12/18/18 - filed notice of removal.  12/27/18 - hrg on American Momentum stay relief for insurance proceeds and A/R; matter contd to 1/29/19.  Established weekly conference calls with outside counsel.

12/17/18 - notice of filing various state court documents in the bky case.

11/19/18 - application to employ Jason Mazer as special litigation counsel.  Approved 11/21/18.

10/26/18 - filed app to employ KapilaMukamal, forensic accountants.  Approved 11/08/18.

10/23/18 - stay relief requested by American Momentum Bank.

10/11/18 - 341 mtg held and concluded.  10/12/18 - req. adtl info from cnsl.

10/05/18 - filed application to employ Stichter law firm to represent Trustee.  Approved.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020

**Current Projected Date Of Final Report (TFR):**   06/28/2023 (Actual)

| 12/13/2023 | /s/CAROLYN R. CHANEY |
|---|---|
| Date | CAROLYN R. CHANEY |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******6000 Checking |
| For Period Ending: | 12/13/2023 | Blanket Bond (per case limit): | $42,225,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/12/18 | {3} | Woods Charter School Development, LLC | Accounts Receivable. | 1121-000 | 11,000.00 | | 11,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 10,995.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 9.03 | 10,985.97 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 8.72 | 10,977.25 |
| 01/23/19 | {12} | HESI - Transocean Assigned Claims | Deepwater Horizon Economic & Property Damages Settlement | 1229-000 | 6,539.58 | | 17,516.83 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.17 | 17,505.66 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.42 | 17,492.24 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.89 | 17,478.35 |
| 05/03/19 | 101 | Avalon Document Services | Invoice ##TAPR190095. Client Ref# Zirkelbach Construction | 2990-000 | | 377.88 | 17,100.47 |
| 06/01/19 | {3} | Johnston, Allison and Hord, PA Trust Account | Refund of retainage re: Mountain Island Charter School | 1121-000 | 1,640.74 | | 18,741.21 |
| 07/02/19 | {12} | Westfield Insurance | Receipts - Other | 1229-000 | 1,000.00 | | 19,741.21 |
| 07/29/19 | {3} | Johnston, Allison and Hord, PA Trust Account | Refund of retainage re: Mountain Island Charter School | 1121-000 | 114.33 | | 19,855.54 |
| 08/19/19 | {12} | SCANA SETTLEMENT | Receipts - Other | 1229-000 | 1.08 | | 19,856.62 |
| 03/17/20 | 102 | BUSH ROSS | Order Granting Motion to Authorize Payment of Mediation Fees and Costs, Doc. No. 85. | 3721-000 | | 900.00 | 18,956.62 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 15.48 | 18,941.14 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 30.27 | 18,910.87 |
| 05/27/20 | {6} | Westfield Insurance | Insurance proceeds received per Order Granting Motion to Approve Compromise with Westfield Insurance, Doc. No. 98. | 1129-000 | 105,000.00 | | 123,910.87 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 29.21 | 123,881.66 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 211.20 | 123,670.46 |
| 07/08/20 | 103 | Jason S. Mazer, Esquire | Order Approving Application for Payment of Compensation, Doc. No. 109. | 3210-000 | | 34,965.00 | 88,705.46 |
| 07/08/20 | 104 | Jason S. Mazer, Esquire | Order Approving Application for Payment of Compensation, Doc. No. 109. | 3220-000 | | 1,671.43 | 87,034.03 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 176.93 | 86,857.10 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 134.20 | 86,722.90 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 147.86 | 86,575.04 |
| 10/06/20 | 105 | Avalon Document Services | Order Granting Motion to Pay Ch 7 Admin Expenses, Doc. No. 116. | 2990-000 | | 541.97 | 86,033.07 |
| 10/06/20 | 106 | Avalon Document Services | Order Granting Motion to Pay Ch 7 Admin Expenses, Doc. No. 116. | 2990-000 | | 534.41 | 85,498.66 |

Page Subtotals:     $125,295.73     $39,797.07

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| Case No.: | 8:18-bk-07736-CPM | |
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | |
| Taxpayer ID #: | **-***6854 | |
| For Period Ending: | 12/13/2023 | |

| | | |
|---|---|---|
| Trustee Name: | CAROLYN R. CHANEY (290680) | |
| Bank Name: | Mechanics Bank | |
| Account #: | ******6000 Checking | |
| Blanket Bond (per case limit): | $42,225,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 137.51 | 85,361.15 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 131.88 | 85,229.27 |
| 12/02/20 | {12} | COOK V SCPSA | Receipts - Other | 1229-000 | 97.79 | | 85,327.06 |
| 12/16/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX7016 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX7016 | 9999-000 | | 85,327.06 | 0.00 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 125,393.52 | 125,393.52 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 85,327.06 | |
| Subtotal | 125,393.52 | 40,066.46 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $125,393.52 | $40,066.46 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******7016 Checking Account |
| For Period Ending: | 12/13/2023 | Blanket Bond (per case limit): | $42,225,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/20 | | Transfer Credit from Mechanics Bank acct XXXXXX6000 | Transition Credit from Mechanics Bank acct XXXXXX6000 | 9999-000 | 85,327.06 | | 85,327.06 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.00 | 85,177.06 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 131.95 | 85,045.11 |
| 02/10/21 | {13} | BAY AREA AUCTION SERVICES, INC. | Proceeds from auction sale, Sale Notice at Doc. 121. | 1229-000 | 1,900.00 | | 86,945.11 |
| 02/13/21 | 1000 | BAY AREA AUCTION SERVICES, INC. | Order Approving Compensation for Auctioneer, Doc. No. 125 | 3610-000 | | 95.00 | 86,850.11 |
| 02/13/21 | 1001 | BAY AREA AUCTION SERVICES, INC. | Order Approving Compensation for Auctioneer, Doc. No. 125 | 3620-000 | | 242.00 | 86,608.11 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 128.68 | 86,479.43 |
| 03/02/21 | 1002 | Continental Paving, Inc. | Proceeds from sale of trailer at auction, Doc. No. 121. | 4220-000 | | 1,063.00 | 85,416.43 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.66 | 85,264.77 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.65 | 85,128.12 |
| 05/21/21 | {12} | BB & T | Turnover of account balance in retainage bank account | 1229-000 | 24,714.81 | | 109,842.93 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.62 | 109,710.31 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 193.41 | 109,516.90 |
| 07/12/21 | 1003 | American Momentum Bank c/o John M. "Jack" Brennan, Jr. | Payment pursuant to Agreed Order Granting Surcharge of Insurance Settlement Proceeds, Doc. No. 154. | 7100-000 | | 47,986.57 | 61,530.33 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 152.45 | 61,377.88 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.92 | 61,272.96 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 98.20 | 61,174.76 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.77 | 61,079.99 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.41 | 60,975.58 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.98 | 60,874.60 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.31 | 60,780.29 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.92 | 60,689.37 |
| 03/17/22 | {7} | Patrick J. Andrews | Settlement of Adv. Proc. #18-ap-00603, Doc. No. 160. | 1149-000 | 40,000.00 | | 100,689.37 |
| 03/29/22 | 1004 | DOUGLAS MENCHISE | Order Granting Motion to Approve Compromise, Doc. #160 | 8500-000 | | 6,000.00 | 94,689.37 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.92 | 94,552.45 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.29 | 94,401.16 |

Page Subtotals:    $151,941.87    $57,540.71

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 8:18-bk-07736-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | ZIRKELBACH CONSTRUCTION, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6854 | Account #: | ******7016 Checking Account |
| For Period Ending: | 12/13/2023 | Blanket Bond (per case limit): | $42,225,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 146.25 | 94,254.91 |
| 09/22/22 | {12} | Wells Fargo Bank Customer Care | Bank refund of interest and fees | 1229-000 | 26.04 | | 94,280.95 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.07 | 94,129.88 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.83 | 93,984.05 |
| 11/23/22 | {11} | Clerk of Superior Court Henderson County, SC | Receipt of funds held in state court registry per Order Approving Compromise, Doc. No. 172. | 1129-000 | 2,396.45 | | 96,380.50 |
| 03/08/23 | {12} | Cook v SCPSA | Refund received from Santee Cooper class settlement | 1229-000 | 45.28 | | 96,425.78 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 159.67 | 96,266.11 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 144.00 | 96,122.11 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 169.46 | 95,952.65 |
| 06/14/23 | 1005 | STITCHER, RIEDEL, BLAIN & POSTLER, P.A. | Order Approving Application for Final Compensation for Stichter, Riedel Law Firm, Doc. No. 184. | 3210-000 | | 70,090.54 | 25,862.11 |
| 06/14/23 | 1006 | STITCHER, RIEDEL, BLAIN & POSTLER, P.A. | Order Granting Final Application for Compensation for Stichter, Riedel Law Firm, Doc. No. 184. | 3220-000 | | 2,739.80 | 23,122.31 |
| 06/14/23 | 1007 | KAPILA MUKAMAL, LLP | Order Approving Application for Final Compensation for Melissa Davis, CPA, Doc. No. 183. | 3410-580 | | 12,129.87 | 10,992.44 |
| 06/14/23 | 1008 | KAPILA MUKAMAL, LLP | Order Approving Application for Final Compensation for Melissa Davis, CPA, Doc. No. 183. | 3420-590 | | 17.98 | 10,974.46 |
| 10/05/23 | 1009 | CLERK | CASE NAME: ZIRKELBACH CONSTRUCTION, INC.. CLAIM # CLERK. CLAIM ALLOWED: $350.00. CLAIM DIVIDEND: 64.86%. | 2700-000 | | 227.01 | 10,747.45 |
| 10/05/23 | 1010 | CAROLYN R. CHANEY | CASE NAME: ZIRKELBACH CONSTRUCTION, INC.. CLAIM # FEE. CLAIM ALLOWED: $12,973.81. CLAIM DIVIDEND: 64.86%. | 2100-000 | | 8,415.08 | 2,332.37 |
| 10/05/23 | 1011 | CAROLYN R. CHANEY | CASE NAME: ZIRKELBACH CONSTRUCTION, INC.. CLAIM # TE. CLAIM ALLOWED: $944.63. CLAIM DIVIDEND: 64.86%. | 2200-000 | | 612.71 | 1,719.66 |
| 10/05/23 | 1012 | ANDREA P. BAUMAN, CPA | CASE NAME: ZIRKELBACH CONSTRUCTION, INC.. CLAIM # . CLAIM ALLOWED: $2,625.00. CLAIM DIVIDEND: 64.86%. | 3410-000 | | 1,702.63 | 17.03 |
| 10/05/23 | 1013 | ANDREA P. BAUMAN, CPA | CASE NAME: ZIRKELBACH CONSTRUCTION, INC.. CLAIM # . CLAIM ALLOWED: $26.25. CLAIM DIVIDEND: 64.88%. | 3420-000 | | 17.03 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 154,409.64 | 154,409.64 | $0.00 |
| Less: Bank Transfers/CDs | 85,327.06 | 0.00 | |
| Subtotal | 69,082.58 | 154,409.64 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $69,082.58 | $154,409.64 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  5

**Case No.:**        8:18-bk-07736-CPM

**Case Name:**    ZIRKELBACH CONSTRUCTION, INC.

**Taxpayer ID #:**    **-***6854

**For Period Ending:** 12/13/2023

**Trustee Name:**        CAROLYN R. CHANEY (290680)

**Bank Name:**        Metropolitan Commercial Bank

**Account #:**        ******7016 Checking Account

**Blanket Bond (per case limit):** $42,225,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $194,476.10 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $194,476.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6000 Checking | $125,393.52 | $40,066.46 | $0.00 |
| ******7016 Checking Account | $69,082.58 | $154,409.64 | $0.00 |
| | **$194,476.10** | **$194,476.10** | **$0.00** |

| 12/13/2023 | /s/CAROLYN R. CHANEY |
|---|---|
| Date | CAROLYN R. CHANEY |